# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KENDRICK STORY,**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #109934**

v.　　　　　　　　　　　　　　　**4:21-cv-00185-LPR-JTK**

**C. DANIELS, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. (Doc. 3). Plaintiff Kendrick Story has filed an Objection to the Proposed Findings and Recommendations. (Doc. 4). After a careful review of the Proposed Findings and Recommendations and Plaintiff's Objection, as well as a *de novo* review of the Record, the Court adopts the Proposed Findings and Recommendations in their entirety. Plaintiff's claim is about receiving monetary compensation for an alleged past harm. In his Objection, he speculates that this past harm could occur again. This speculation does not meet the requirements of the imminent danger exception to the three-strike rule.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Story's Motion to Proceed *In Forma Pauperis* (Doc. 1) is DENIED.

2. Should Plaintiff wish to continue this case, he must submit the statutory filing fee of $402.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of such motion and full payment, the case will be reopened.

3. Plaintiff's Complaint is DISMISSED without prejudice.

The Court certifies that an *in forma pauperis* appeal of this Order would not be in good faith. 28 U.S.C. §1915(a)(3). An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of April 2021.

                                                              _____
                                                              LEE P. RUDOFSKY
                                                              UNITED STATES DISTRICT COURT