IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK STORY,**                                                                                **PLAINTIFF**
**ADC #109934**

v.                                           4:21-cv-00185-LPR-JTK

**C. DANIELS, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be in good faith. 28 U.S.C. §1915(a)(3).

IT IS SO ADJUDGED this 7th day of April 2021.

                                                                   _____
                                                                   LEE P. RUDOFSKY
                                                                   UNITED STATES DISTRICT COURT